1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MUNCK WILSON MANDALA, LLP**
Gary A. Hecker (State Bar No. 099008)
*ghecker@munckwilson.com*
Jenifer C. Wallis (State Bar No. 303343)
*Jwallis@munckwilson.com*
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Tel:   (310) 286-0377
Fax:   (972) 628-3616

Attorneys for Defendants
ERICA LAZAR and LAZ
RUBAUM, erroneously named as
d/b/a SKIN STYLE BEVERLY HILLS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DON MEHRABI, M.D., a California Professional Medical Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ERICA LAZAR, an individual, LAZ RUBAUM, an individual, d/b/a Skin Style Beverly Hills, and DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-04288-JFW-ADS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 8-3)**<br><br>Complaint served: November 15, 2021<br>Initial response date: December 6, 2021<br>Current response date: January 5, 2022<br>New response date: January 19, 2022<br><br>Hon. John F. Walter |

---

**1**

**STIPULATION AND REQUEST FOR COURT APPROVAL TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 8-3)**

## **STIPULATION**

Pursuant to Local Rule 8-3, the parties to this action, through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiff Don Mehrabi, M.D. ("Plaintiff") filed its initial Complaint in this matter on May 24, 2021;

WHEREAS, Plaintiff Don Mehrabi, M.D. ("Plaintiff") filed its First Amended Complaint in this matter on November 5, 2021;

WHEREAS, Defendant Laz Rubaum, erroneously named as d/b/a Skin Style Beverly Hills ("Defendant") was served with the Summons and Complaint on November 15, 2021, making his responsive pleading due December 6, 2021;

WHEREAS, the parties previously agreed to continue Defendant Rubaum's time to respond to the First Amended Complaint by not more than 30 days to January 5, 2022;

WHEREAS, the parties have now agreed to extend Defendant Rubaum's time to respond to the First Amended Complaint by an additional fourteen (14) days to January 19, 2022;

WHEREAS, Local Rule 8-3 provides that a stipulation, including any prior stipulations, not extending the time to respond by a cumulative total of thirty (30) days need not be approved by the court;

WHEREAS, this is the second stipulation between the parties, extending Dr. Rubaum's time to respond to the Summons and Complaint by a cumulative total of more than thirty (30) days and therefore requires judicial approval;

NOW, THEREFORE, the parties agree pursuant to Local Rule 8-3 that Defendant Rubaum shall file his response to the First Amended Complaint on or before January 19, 2022 and request this Honorable Court's approval of the same.

//////

**STIPULATION AND REQUEST FOR COURT APPROVAL TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 8-3)**

1    The parties therefore request the Honorable Court enter the proposed order

2  extending Defendant Rubaum's time to respond to the Summons and Complaint to

3  January 19, 2022.

4

5  Dated: January 5, 2022          **MUNCK WILSON MANDALA, LLP**

6

7                                  By:  */s/ Jenifer C. Wallis*
                                        Jenifer C. Wallis
8                                       Gary A. Hecker
                                        Attorneys for Defendants
9

10

11

12  Dated: January 5, 2022          **COHEN IP LAW GROUP**

13

14                                 By:   */s/ Michael N. Cohen*
                                        Michael N. Cohen
15                                      Chong H. Roh
                                        Attorneys for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND REQUEST FOR COURT APPROVAL TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT (L.R. 8-3)**

1

## SIGNATURES ATTESTATION

2    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other

3 signatories listed, and on whose behalf the filing is submitted, concur in the filing's

4 content and have authorized the filing.

5

6 Dated: January 5, 2022    **MUNCK WILSON MANDALA, LLP**

7

8    By:  */s/ Jenifer C. Wallis*
        Jenifer C. Wallis

9        Gary A. Hecker

10       Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND REQUEST FOR COURT APPROVAL TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT (L.R. 8-3)**